IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Magdalina Kalincheva MD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-104 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION AND** |
| Jesse Neubarth, | ) | **DISMISSING CASE** |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and this action be dismissed (Doc. #5).  Plaintiff filed objections to the Report and Recommendation (Docs. #6, 7), and a series of new motions (Docs. #9, 11).

The Court has reviewed Plaintiff's objections, the Report and Recommendation, and the entire file, and finds the Magistrate Judge's recommendations are appropriate.  Upon *de novo* review, the Court can find no cognizable claim alleged in this case in which this Court has jurisdiction to decide.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.  For the reasons set forth therein, Plaintiff's motion to proceed *in forma pauperis* (Doc. #1) is **DENIED**.   In addition, Plaintiff's motion for emergency relief (Doc. #9) and motion to add Dr. Daniel R. Cotton (Doc. #11) are also **DENIED** as moot in light of this Court's determination that jurisdiction is lacking.  This case is hereby **DISMISSED**.

The Court certifies that any appeal would be frivolous, could not be taken in good faith,

and may not be taken *in forma pauperis*.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 25th day of March, 2014.

*/s/   Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court